IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| AMANDA SMITH, <br> CHERYL FERNANDEZ, <br> JOSEPH COLELLA, <br> JOSEPH TIMMERMAN, <br> KELLY STYLES LONGO, <br> SANDRA STYLES-HORVATH, <br> JOHANA GARCIA, and <br> SHARON MARIE BETSELL, <br> individually and on behalf of all <br> others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> ATKINS NUTRITIONALS, INC., <br><br> Defendant. | Case No. 2:18-CV-04004-MDH |

**JOINT MOTION FOR SECOND EXTENSION OF TIME**

Plaintiffs Amanda Smith, Cheryl Fernandez, Joseph Colella, Joseph Timmerman, Kelly Styles Longo, Sandra Styles-Hovarth, Johana Garcia, and Sharon Marie Betsill, and Defendant Atkins Nutritionals, Inc. (the "Parties"), respectfully submit this Joint Motion for Second Extension of Time of the redemption deadline stated in the Court's Final Approval Order and Judgment, as previously extended by the Court to December 31, 2020 (Doc. 53, ¶ 10; Doc. 55). In support of this motion, the Parties state:

1. On June 26, 2020, the Court entered the Final Approval Order and Judgment in this matter (Doc. 53). In doing so, the Court "[w]ithout affecting the finality of [its] Order . . . reserve[d] exclusive jurisdiction over all matters relating to the administration, consummation, enforcement, and interpretation of the Settlement Agreement." (Doc. 53, ¶ 16).

1

2. The Final Approval Order and Judgment included certain deadlines, consistent with the Settlement Agreement, pertaining to the distribution of the Settlement Fund, including that "all checks issued to Settlement Class Members must be redeemed within 90 days of the Effective Date" (the "Redemption Deadline"). (Doc. 53, ¶ 10).

3. Pursuant to the terms of the Settlement Agreement and the Court's Final Approval Order and Judgment, the Effective Date of the Settlement Agreement was August 3, 2020; as such, the Redemption Deadline was November 1, 2020.

4. Due to issues with certain Settlement Class Members' ability to redeem their settlement awards, the Court, on November 2, 2020 and at the joint request of the Parties, extended the Redemption Deadline to December 31, 2020.

5. As detailed in the accompanying declaration of the Court-appointed Claims Administrator, CPT Group, Inc., certain Settlement Class Members (approximately 2,800) at this point have been unable to redeem their settlement awards, on account of returned mailings requiring investigation of updated mailing addresses and forwarding to those addresses and to some Class Members changing their payment preferences from direct deposit to paper checks. *See* Sarich Dec. ¶¶ 5-6.

6. Accordingly, good cause exists for a further and final extension of the Redemption Deadline by sixty (60) days, to March 1, 2020, to allow an additional opportunity for such Settlement Class Members to redeem their settlement payments. *See* Fed. R. Civ. P. 6(b) (authorizing the Court to "extend the time" to complete an act "[w]hen an act may or must be done within a specified time" and "good cause" is shown). Following this period, any unredeemed awards will be distributed to the cy pres recipient, in accordance with the Settlement Agreement and Final Approval Order. (*See* Doc. 53, ¶ 10).

WHEREFORE, the Parties request that the Court grant this Joint Motion for a Second Extension of Time and issue an Order extending the current December 31, 2020 Redemption Deadline to March 1, 2021.

Dated: December 31, 2020                                Joint and respectfully submitted,

WILLIAMS DIRKS DAMERON LLC                              DENTONS US LLP

 */s/ Matthew L. Dameron*                                */s/ Michael J. Duvall*
Matthew L. Dameron (MO Bar No. 52093)                   Michael J. Duvall, MO Bar No. 58932
Amy R. Jackson (MO Bar No. 70144)                       601 South Figueroa Street, Suite 2500
1100 Main Street, Suite 2600                            Los Angeles, California 90017-5704
Kansas City, Missouri 64105                             Telephone: (213) 623-9300
Tel: (816) 945-7110                                     Facsimile: (213) 623-9924
Fax: (816) 945-7118                                     michael.duvall@dentons.com
matt@williamsdirks.com
amy@williamsdirks.com                                   Grant J. Ankrom (admitted *pro hac vice*)
                                                        One Metropolitan Square
SIMMONS HANLY CONROY                                    211 North Broadway, Suite 3000
Jason "Jay" Barnes (MO Bar No. 57583)                   Saint Louis, Missouri 63102-2741
231 South Bemiston, Suite 525                           Telephone: (314) 259-5809
St. Louis, Missouri 63105                               Facsimile: (314) 259-5959
Tel: (573) 418-0719                                     grant.ankrom@dentons.com
jaybarnes@simmonsfirms.com

COUNSEL FOR PLAINTIFFS AND THE                          ATTORNEYS FOR DEFENDANT
SETTLEMENT CLASS                                        ATKINS NUTRITIONALS, INC.